IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) 3:10-00046 |
| STEVEN DWAYNE PITTMAN | ) |
| | ) |

**ORDER**

Upon review of the file, the February 26, 2013 trial is **CONTINUED** in the interest of justice to allow the Court sufficient time to conduct a hearing and to decide the defendant's motions to suppress, Docket Entries No. 92 and 94.

IT IS SO **ORDERED**.

ENTERED this the _____ day of February, 2013.

_____
WILLIAM J. HAYNES, JR.
U. S. DISTRICT JUDGE