IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:10-CR-00046 |
| | ) | JUDGE HAYNES |
| STEVEN PITTMAN | ) | |

**JOINT MOTION FOR STATUS CONFERENCE**

[handwritten annotation: GRANTED. This motion is granted. The conference is set for May 1, 2013 at 4:00 p.m. /s/ [judge] 4/10/13]

Comes now the parties and hereby jointly move the Court to set this matter for a status conference.

The parties would show that no trial date has yet be set for this case, and pending before the Court is the defendant Steven Pittman's Motion to Suppress (Docs .94 and 102) and the government's responses in opposition (Docs.100 and 103). The parties have been unable to agree on a hearing date for Mr. Pittman's motion to suppress because the government's position is that this motion should be denied without hearing.

Accordingly, the parties jointly would move the Court to set this matter for a status conference in order to set a schedule any further hearings and ultimately to set this matter for trial.

The parties would suggest the following available dates:

May 1, 9, 10, 13 (afternoon), 20 (afternoon), and 22.

Respectfully submitted

s/ Travis Hawkins
HAWKINS LAW FIRM

s/ Braden Boucek
ASSISTANT U.S. ATTORNEY
By GTH with permission