IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 3:10-CR-00046 |
| ) | JUDGE HAYNES |
| STEVEN DWAYNE PITTMAN ) | |

## MOTION TO SUPPRESS

Comes now the defendant, STEVEN DWAYNE PITTMAN, and through undersigned counsel, moves this honorable court to enter an order suppressing all evidence found as a result of the traffic stop of the defendant on October 7, 2009 as well as the search of the defendant's residence on the same date.

In support, the defendant submits the following:

On the night of October 7, 2009, Detective Seth Ranney of the Metro Nashville Police Department (MNPD) initiated a traffic stop of a vehicle driven by the defendant for failing to signal before making a left hand turn. The stop occurred after the defendant failed to participate in a controlled drug buy with a confidential informant working with Detective Ranney. After the controlled buy did not occur, Detective Ranney followed Pittman and allegedly observed him make a left hand turn without signaling. Detective Ranney executed a traffic stop. As a result of the traffic stop, police recovered a quantity of cocaine from the defendant's car. Pittman was arrested, and Detective Ranney asked for consent to search his residence. According to Detective Ranney, Mr. Pittman then signed a consent to search his residence, which search led to the seizure of the two 9 mm