IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:10-00046 |
| | ) | Chief Judge Haynes |
| STEVEN DWAYNE PITTMAN, | ) | |
| Defendant. | ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Defendant's motion to reopen his suppression hearing (Docket Entry No. 94) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 28th day of February, 2014.

William J. Haynes, Jr
Chief Judge
United States District Court